66 So.3d 1089 (2011)
Anicio DOMINGUEZ, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D10-2820.
District Court of Appeal of Florida, Third District.
August 17, 2011.
Clayton R. Kaeiser, for appellant.
Pamela Jo Bondi, Attorney General, and Douglas J. Glaid, Senior Assistant Attorney General, for appellee.
Before WELLS, C.J., and RAMIREZ, J., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See Hernandez v. State, 61 So.3d 1144 (Fla. 3d DCA 2011).